IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL ELIFRITS,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
                                          /

No. C 08-00087 CW

ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE

    On April 29, 2008, Defendant Commissioner of Social Security filed a motion to dismiss this _pro se_ complaint based on lack of jurisdiction.  Plaintiff did not file an opposition.  On September 5, 2008, the Court issued an order for briefing on the motion.  It stated that Plaintiff was to file an opposition to the motion two weeks from the date of the order and, if she did not do so, the complaint would be dismissed for failure to prosecute.  Plaintiff's opposition was due on September 19, 2008.  To this date, she has not filed an opposition.

    Accordingly, this complaint is dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 9/29/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAROL ELIFRITS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY et al,

        Defendant.

Case Number: CV08-00087 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carol Elifrits
2207 Arbor Avenue, #325
Hayward, CA 94541

Theophous H Reagans
Social Security Administration
333 Market Street
Suite 1500
San Francisco, CA 94105

Dated: September 29, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2